**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| KRISTEN SPRAGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-CV-745-MEF |
| | ) | |
| THE CITY OF MILLBROOK, AL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MONTHLY STATUS UPDATE SUBMITTED IN RESPONSE TO
FEBRUARY 10, 2012 ORDER (DOC. NO. 30)**

**COMES NOW** Kristen Spraggins, Plaintiff in the above styled cause, and pursuant to the Court's February 10, 2012 Order (Doc. No. 30), submits the following status report regarding the United States Justice Department's ("USDOJ" or "DOJ") review of Plaintiff's Charge of Discrimination.

Assistant U.S. Attorney Robert Galbreath has completed the investigation. The matter has been submitted for review and is pending final determination by USDOJ.

Respectfully submitted, this 14[h] day of December, 2012.

                                                */s/ Christopher W. Weller*
                                                Christopher W. Weller, (WEL030)
                                                Terrie S. Biggs (BIG006)
                                                *Attorneys for Kristen Spraggins*

OF COUNSEL:
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 241-8282
cww@chlaw.com
tsb@chlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of December, 2012, I served a copy of the above and foregoing *viá* electronic filing, and/or have placed the same in the United States mail, postage prepaid and properly addressed upon the following:

Randall Morgan, Esq.
Hill, Hill, Carter, Franco,
Cole & Black, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, AL 36101-0116
334-834-7600

Rick A. Howard, Esq.
Nix Holtsford Gilliland Higgins & Hitson, P.C.
4001 Carmichael Road
Suite 300
Montgomery, Alabama 36106

*/s/ Christopher W. Weller*
Of Counsel